**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LARREACE ROLLINS, *et al.*,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 26-00130-JB-B** |
| | * | |
| **MOBILE MITSUBISHI, *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated August 5, 2026 (Doc. 7) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiffs' failure to prosecute and obey the Court's order.

**DONE and ORDERED** this 28th day of August, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE